THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY, ASHLAND DIVISION

Eastern District of Kentucky
FILED
APR - 8 2011
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

| | |
|---|---|
| TERESA JUNE BRYANT<br>2829 Straight Creek Road<br>Waverly, Ohio 45690<br><br>and<br><br>DAVID M. BRYANT<br>2829 Straight Creek Road<br>Waverly, Ohio 45690<br><br>Plaintiffs<br><br>VS.<br><br>KING'S DAUGHTERS MEDICAL<br>CENTER<br>2201 Lexington Avenue<br>Ashland, KY 41101<br><br>and<br><br>MARIANO FARESI, MD<br>2245 Winchester Avenue #1<br>Ashland, KY 41101-7848<br><br>Defendants. | CASE NO: 0:11cv36-HRW<br><br>JUDGE HENRY R. WILHOIT, JR.<br><br>MAGISTRATE |

## COMPLAINT

**General Allegations:**

1. At all pertinent times stated herein, Plaintiff Teresa June Bryant (hereinafter "Plaintiff Bryant") was and is a citizen of the State of Ohio and resides in Waverly, Ohio.

1

2. At all pertinent times stated herein, Plaintiff David Michael Bryant was and is a citizen of the State of Ohio and resides in Waverly, Ohio and is the husband of Plaintiff, Teresa June Bryant.

3. At all pertinent times stated herein, Defendant King's Daughters Medical Center (hereinafter "Defendant Hospital") was and is a Corporation incorporated in the State of Kentucky and is duly licensed and authorized to operate a hospital with its principal place of business being Ashland, County of Boyd, Kentucky.

4. At all pertinent times stated herein, Defendant Mariano Faresi, MD (hereinafter "Defendant Dr. Faresi") was and is a resident of Kentucky and duly licensed physician practicing his specialty in Ashland, KY.

5. Jurisdiction is based on Title 28 USC §1332 Diversity of Citizenship.

6. On April 16, 2010, Plaintiff, Teresa June Bryant, was hospitalized in Defendant Hospital for purposes of surgical repair of an abdominal hernia.

7. During said surgery, two (2) Jackson Pratt Drains were placed, one (1) in the left flank and one (1) in the right. Within the first two (2) post-operative days a nurse noted the Jackson Pratt Drain on the right was coming loose. She pulled it out but never replaced it. Shortly thereafter, Plaintiff Teresa Bryant and her husband noted they did not think the remaining Jackson Pratt drain was draining right and told the nurse about it and subsequently spoke to the doctor about it.

8. In spite of the concern over the remaining Jackson Pratt Drain, Plaintiff Bryant was discharged home on April 21, 2010.

9. By April 28, 2010, Plaintiff Bryant returned to Defendant Dr. Faresi complaining of pain, infection and severe wound drainage.

10. Plaintiff Bryant was taken back to Defendant Hospital for emergency surgery on April 28, 2010 and was discharged.

11. The infection continued with necrotic tissue at the wound site. Plaintiff Bryant's hemoglobin dropped severely, she ran a temperature, could not walk, was nauseated, sweating, and in severe pain. She underwent further surgery on May 29, 2010 and was told by Defendant Dr. Faresi that she was full of infection, was placed on a wound vac, administered plasma and antibiotics. She was discharged home on June 1, 2010.

12. On July 21, 2010, her condition had continued to deteriorate and at this time she was bleeding from the mouth and rectum and was life flighted to Riverside Methodist Hospital in Columbus, Ohio, where Plaintiff Bryant underwent endoscopic laser surgery sealing certain damaged blood vessels in the stomach.

## COUNT ONE: PLAINTIFF TERESA JUNE BRYANT V. KING'S DAUGHTERS HOSPITAL

13. Plaintiff hereby incorporates by reference paragraphs one (1) through twelve (12) as if fully rewritten herein.

14. During the initial hospitalization and surgery on April 16, 2010 Defendant Hospital negligently failed to properly and safely maintain the Jackson Pratt Drains and employ proper sterile technique.

15. Defendant Hospital's negligence and deviation from standard of care caused severe infection in abdominal tissues resulting in the need for multiple subsequent surgeries.

16. As a direct and proximate result of the negligence and deviation from the standard of care of Defendant Hospital, Plaintiff Bryant experienced protracted

excruciating physical pain, the need for multiple unnecessary surgeries, physical injuries, medical expenses, loss of income, and chronic pain and suffering. Said injuries are permanent.

## COUNT TWO: PLAINTIFF TERESA JUNE BRYANT V. MARIANO FARESI, MD

17. Plaintiff hereby incorporates by reference paragraphs one (1) through sixteen (16) as if fully rewritten herein.

18. During the initial hospitalization and surgery on April 16, 2010 Defendant Dr. Faresi negligently failed to properly and safely maintain the Jackson Pratt Drains and employ proper sterile technique.

19. Defendant Dr. Faresi's negligence and deviation from standard of care caused severe infection in abdominal tissues resulting in the need for multiple subsequent surgeries.

20. As a direct and proximate result of the negligence and deviation from the standard of care of Defendant Dr. Faresi, Plaintiff Bryant experienced protracted excruciating physical pain, the need for multiple unnecessary surgeries, physical injuries, medical expenses, loss of income, and chronic pain and suffering. Said injuries are permanent.

## COUNT THREE: PLAINTIFF DAVID MICHAEL BRYANT V. KING'S DAUGHTERS HOSPITAL

21. Plaintiff David Michael Bryant hereby incorporates by reference paragraphs one (1) through twenty (20) as if fully rewritten herein.

4

22. As a direct and proximate result of the injuries to Plaintiff Bryant, Plaintiff David Michael Bryant has suffered a loss of services, loss of society and companionship, care and assistance, mental anguish, suffering, and resulting medical expenses.

### COUNT FOUR: PLAINTIFF DAVID MICHAEL BRYANT V. MARIANO FARESI, MD

23. Plaintiff David Michael Bryant hereby incorporates by reference paragraphs one (1) through twenty-two (22) as if fully rewritten herein.

24. As a direct and proximate result of the injuries to Plaintiff Bryant, Plaintiff David Michael Bryant has suffered a loss of services, loss of society and companionship, care and assistance, mental anguish suffering, and resulting medical expenses.

**WHEREFORE**, Plaintiff Teresa June Bryant and David Michael Bryant demand judgment against Defendant King's Daughters Medical Center or Defendant Mariano Faresi, MD and/or against both of the Defendants jointly and severally as follows:

   A. On behalf of Plaintiff Teresa June Bryant against Defendant King's Daughter Medical Center for compensatory damages in excess of jurisdictional limits of this Court together with costs.

   B. On behalf of Plaintiff Teresa June Bryant against Defendant Mariano Faresi, MD for compensatory damages in excess of jurisdictional limits of this Court together with costs.

   C. On behalf of Plaintiff David Michael Bryant against Defendant King's Daughter Medical Center for compensatory damages in excess of jurisdictional limits of this Court together with costs.

D. On behalf of Plaintiff David Michael Bryant against Defendant Mariano Faresi, MD for compensatory damages in excess of jurisdictional limits of this Court together with costs.

Respectfully Submitted,

JAMES B. BLUMENSTIEL (0009164)
BRADEN A. BLUMENSTIEL (0078254)
Blumenstiel, Evans & Falvo, LLC
261 West Johnstown Road
Columbus, OH 43230
Telephone: 614/475-9511
Fax: 614/475-0348
e-mail: jamesblumenstiel@yahoo.com
b_blumenstiel@beflegal.com

ATTORNEYS FOR PLAINTIFF

## JURY DEMAND

It is respectfully requested that the issues in the above-styled action be tried before a jury.

Attorney for Plaintiff